# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-10645

TF-HARBOR, L.L.C.,

United States Court of Appeals
Fifth Circuit

**FILED**

February 9, 2015

Lyle W. Cayce
Clerk

Plaintiff - Appellant

v.

CITY OF ROCKWALL TEXAS;
ROCKWALL RENTAL PROPERTIES, L.P.,

Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CV-4318

Before REAVLEY, JONES, and ELROD, Circuit Judges.

PER CURIAM:*

The court, having heard oral arguments in this appeal and studied the briefs and pertinent portions of the record, finds no reversible error of law or fact and affirms essentially for the reasons stated in the trial court's careful opinion.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.